804

No. 912. SMART *v.* COMMISSIONER OF INTERNAL REVENUE. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Julius L. Neidle* for petitioner. *Solicitor General McGrath, Sewall Key* and *Helen R. Carloss* for respondent.

No. 913. CIVILETTI *v.* COMMISSIONER OF INTERNAL REVENUE. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Paul O'Dwyer* for petitioner. *Solicitor General McGrath, Sewall Key* and *Helen R. Carloss* for respondent.

No. 915. UNITED STATES *v.* PETTERSON LIGHTERAGE & TOWING CORP. ET AL. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General McGrath* for the United States. *Robert S. Erskine* for respondents.

No. 954. MERANDO, TRADING AS MERANDO COMPANY, *v.* MATHY ET AL., TRADING AS MATHY COMPANY. April 22, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *William F. Kelly* and *P. J. J. Nicolaides* for petitioner. *Thos. Morton Gittings* for respondents.

No. 967. AUTOCAR SALES & SERVICE CO. *v.* LEONARD ET AL., TRUSTEES OF CENTRAL MANUFACTURING DISTRICT. April 22, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied. *J. Glenn Shehee* for petitioner. *Harold A. Smith* for respondents.